**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6117**

———————

ROBERT L. IRELAND,

Plaintiff - Appellant,

versus

JAMES PEGUESE, Warden; SHAVELLA WATKINS,
Sergeant; FRANK SIZER, Commissioner; ARC
COORDINATOR; OFFICER WALKER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(1:05-cv-01387-WDQ)

———————

Submitted:  October 18, 2007        Decided:  October 23, 2007

———————

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert L. Ireland, Appellant Pro Se.  Stephanie Judith Lane Weber,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Ireland appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ireland v. Peguese, No. 1:05-cv-01387-WDQ (D. Md. Dec. 18, 2006). We deny Ireland's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED